February 19, 2010

Mr. Christopher Benjamin Dove
Locke Lord Bissell & Liddell , LLP
600 Travis, Suite 3400
Houston, TX 77002
Honorable Russell T. Lloyd
The O'Quinn Law Firm
440 Louisiana Street, Suite 2300
Houston, TX 77002-4205

RE: Case Number: 05-0748
 Court of Appeals Number: 13-03-00287-CV
 Trial Court Number: 2000-05-1931-B

Style: SOUTHWESTERN BELL TELEPHONE COMPANY
 v.
 MARKETING ON HOLD, INC. D/B/A SOUTHWEST TARIFF ANALYST

Dear Counsel:

 Today the Supreme Court of Texas denied the Motion to Dismiss and
denied the Motion for Damages and Sanctions in the above-referenced cause.
The Emergency Motion for Expedited Decision is dismissed as moot. (Justice
Guzman not sitting)
 The Court issued an opinion in the above-referenced cause. You may
obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Mike A. |
| |Hatchell |
| |Ms. Cathy Wilborn |
| |Ms. Aurora De La |
| |Garza |